**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL BARRANCO,<br><br>       Petitioner,<br><br>    v.<br><br>E. VALENZUELA, Warden,<br><br>       Respondent. | NO. CV 13-9526-RGK(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 1, 2014

*/s/ Gary Klausner*
_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE